ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01942-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Federal National Mortgage Association (**Fannie Mae**) and NewRez LLC dba Shellpoint Mortgage Servicing and plaintiff SFR Investments Pool 1, LLC hereby stipulate and agree that defendants shall have an additional fourteen (14) days, up to and including **December 9, 2022**, to file their response to SFR's amended complaint. Defendants' responsive pleading is currently due on November 25, 2022.[1]  SFR filed its amended complaint on October 17, 2022, before this case was removed to federal court.  ECF No. 1-1.

…

---

[1] November 24, 2022 is a federal holiday.

Good cause exists to grant the requested two-week extension. The current November 24, 2022 deadline is a federal holiday, and defendants' counsel's offices are closed on November 24 and 25. In addition, because Fannie Mae, which is under conservatorship with the Federal Finance Housing Agency (**FHFA**), is a named party in the litigation, filings on its behalf are subject to multiple levels of review, including review by the FHFA. These reasons necessitate additional time, and demonstrate good cause for the court to grant the requested extension.

This is the parties' first stipulation for an extension of time for defendants to respond to SFR's amended complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| | |
|---|---|
| DATED: November 21, 2022.<br><br>**AKERMAN LLP**<br><br>*/s/ Melanie D. Morgan*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing* | DATED: November 21, 2022.<br><br>**HANKS LAW GROUP**<br><br>*/s/ Chantel M. Schimming*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
            11-22-2022
DATED _____