ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-01942-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

Defendants Federal National Mortgage Association (**Fannie Mae**) and NewRez LLC dba Shellpoint Mortgage Servicing and plaintiff SFR Investments Pool 1, LLC hereby stipulate defendants shall have an additional ten (10) days, up to and including **December 19, 2022**, to file their response to SFR's amended complaint.  Defendants' response is currently due December 9, 2022.  This is the parties' second stipulation to extend the response deadline, initially set for November 25, 2022.

…

…

Good cause exists to grant the requested extension. Because Fannie Mae, which is under conservatorship with the Federal Finance Housing Agency (**FHFA**), is a named party in the litigation, filings on its behalf are subject to multiple levels of review, including review by the FHFA. The defendants require additional time so that they may fully respond to the allegations and claims in this action pursuant to the Federal Rules of Civil Procedure. These reasons demonstrate good cause for the court to grant the requested extension. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| | |
|---|---|
| DATED: December 8, 2022. | DATED: December 8, 2022. |
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
     12-9-2022
DATED _____