KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X inclusive, <br><br> Defendants. | Case No. 2:22-cv-01942-GMN-VCF <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULE** |

Plaintiff, SFR Investments Pool 1, LLC and Defendants, Federal National Mortgage Association and NewRez, LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate, pursuant to FRCP 16(b)(4) to modify the schedule in which the scheduling order must issue in this case. Specifically, under FRCP 16(b)(2), the court must issue a scheduling order at the earlier of 60 days from defendant's first appearance or 90 days from date of service of the complaint. Under LR 26-1, the parties have 30 days after defendant files an answer or otherwise appears to conduct the FRCP 26(f) conference and then 14 days after that conference to submit the stipulated discovery plan.

/ / /

- 1 -

On December 8, 2022, the parties submitted a stipulation to extend Defendants' deadline to respond to Plaintiff's complaint to December 19, 2022. The parties anticipate this stipulation will be granted by the court. Under LR 26-1, the parties would have until January 18, 2023 to conduct the FRCP 26(f) conference, and then until February 4, 2023 to submit the stipulated discovery plan. However, defendants were served with the complaint on October 18, 2022, thus under FRCP 12(b)(2), the court must submit a scheduling order by January 16, 2023, as this will be the earlier date. Because this date falls before the time in which the local rules afford the parties to conduct the conference and submit a plan, the parties submit good cause exist to modify the schedule and allow the parties to have up to and including February 4, 2023 to submit the stipulated discovery plan.

| DATED: December 8, 2022. | DATED: December 8, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| /s/ Paige L. Magaster | /s/ Karen L. Hanks |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| | *Attorneys for SFR Investments Pool 1, LLC* |
| *Attorneys for Federal National Mortgage Association and NewRez LLC dba Shellpoint Mortgage Servicing* | |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
            12-9-2022
DATED _____