ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01942-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(THIRD REQUEST)** |

Defendants Federal National Mortgage Association (**Fannie Mae**) and NewRez LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) (collectively **defendants**), and plaintiff SFR Investments Pool 1, LLC, hereby stipulate and agree that defendants shall have an additional fifteen (15) days, up to and including **January 3, 2023**, to file their response to SFR's amended complaint. Defendants' responsive pleading is currently due on December 19, 2022.

…

…

…

{67825779;1}

Good cause exists to grant the requested extension. Because Fannie Mae, which is under conservatorship with the Federal Finance Housing Agency (**FHFA**), is a named party in the litigation, filings on its behalf are subject to multiple levels of review, including review by the FHFA. The parties are currently negotiating settlement in good faith in six other substantially similar matters, and an offer is pending from SFR to Fannie Mae in this matter. An extension of two weeks is being requested out of an abundance of caution given the upcoming holidays. The office of defendants' counsel will be closed December 23 and 26, 2022, as well as January 2, 2023.

This is the parties' third stipulation for an extension of time for defendants to respond to SFR's amended complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

DATED: December 16, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing* | */s/ Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES MAGISTATE JUDGE**
Case No. 2:22-cv-01942-GMN-VCF

12-19-2022
**DATED**

2

{67825779;1}