ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01942-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIFTH REQUEST)** |

Defendants Federal National Mortgage Association (**Fannie Mae**) and NewRez LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) (collectively **defendants**), and plaintiff SFR Investments Pool 1, LLC, hereby stipulate and agree that defendants shall have an additional thirty (30) days, up to and including **March 6, 2023**, to file their response to SFR's amended complaint. Defendants' responsive pleading is currently due on February 2, 2023.

…

…

…

{68352651;1}
68358551;1

Good cause exists to grant the requested extension. The parties are currently negotiating settlement in good faith in this case. The parties have resolved six substantially similar cases through settlement. SFR made a settlement offer to defendants on December 22, 2022. Defendants' response to SFR's offer remains pending. Because Fannie Mae, which is under conservatorship with the Federal Finance Housing Agency (**FHFA**), is a named party in the litigation, settlement negotiations require multiple levels of review and input, including by the FHFA. The parties request additional time so defendants may respond to SFR's settlement offer and the parties can further negotiate settlement without incurring the expense of litigating a motion to dismiss.

This is the parties' fifth stipulation for an extension of time for defendants to respond to SFR's amended complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

DATED: January 24, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  1-25-2023

2

{68352651;1}
68358551;1