```
 1  KAREN L. HANKS, ESQ.
    Nevada Bar No. 9578
 2  E-mail: karen@hankslg.com
    CHANTEL M. SCHIMMING, ESQ.
 3  Nevada Bar No. 8886
    E-mail: chantel@hankslg.com
 4  ANA P. MURGUIA, ESQ.
    Nevada Bar No. 16284
 5  E-mail: ana@hankslg.com
    HANKS LAW GROUP
 6  7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
 7  Telephone: (702) 758-8434
    Attorneys for SFR Investments Pool 1, LLC
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-01942-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT AND EXPUNGE LIS PENDENS** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X inclusive, | **(First Request)** |
| Defendants. | |

Plaintiff, SFR Investments Pool 1, LLC and Defendants, Federal National Mortgage Association and Newrez, LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate that SFR shall have an additional four (4) business days up to an including March 24, 2023 to file its response to motion to dismiss amended complaint and expunge lis pendens [ECF No. 24] and any joinder thereto. The current deadline is March 20, 2023.

/ / /

/ / /

/ / /

/ / /

- 1 -

The request is made because SFR's counsel had a medical appointment for her daughter that took time away from allowing her to complete the brief. The request is not made to prejudice any party or delay the matter.

| DATED: March 20, 2023. | DATED: March 20, 2023. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:22-cv-01942-GMN-VCF

March 20, 2023
_____
**DATED**