ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-01942-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION TO DISMISS AMENDED COMPLAINT AND EXPUNGE LIS PENDENS** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | **(FIRST REQUEST)** |

SFR Investments Pool 1, LLC and Federal National Mortgage Association (**Fannie Mae**), hereby stipulate that Fannie Mae shall have an additional fourteen (14) days, up to and including **April 14, 2023**, to file its reply in support of its motion to dismiss amended complaint and expunge lis pendens, which is currently due on March 31, 2023.

The motion was filed on March 6, 2023. ECF No. 24.  The response was filed on March 24, 2023.  ECF No. 30.  Good cause exists for the requested extension.  Since Fannie Mae owns the subject loan,  filings are subject to multiple levels of review.

/ / /

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 28th day of March, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:22-cv-01942-GMN-VCF

April 11, 2023
_____
**DATED**

2