Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | Case No. 2:22-cv-01942-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO STAY DISCOVERY**<br><br>**(First Request)** |

Plaintiff, SFR Investments Pool 1, LLC and Defendants, Federal National Mortgage Association and Newrez, LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate that SFR shall have an additional one week up to an including June 13, 2023 to file its response to motion to stay discovery [ECF No. 38] and any joinder thereto. The current deadline is June 6, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -



The request is made because SFR's counsel needs additional time. The request is not made to prejudice any party or delay the matter.

| DATED: June 6, 2023. | DATED: June 6, 2023. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-01942-GMN-VCF

6-6-2023
_____
**DATED**