ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-01942-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

SFR Investments Pool 1, LLC, Federal National Mortgage Association (**Fannie Mae**), and Newrez LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) (collectively **defendants**) hereby stipulate that defendants shall have an additional fourteen (14) days, up to and including **July 5, 2023**, to file their reply in support of their motion to stay discovery pending ruling on motion to dismiss, which is currently due on June 20, 2023.  ECF No. 41.

The motion was filed on May 23, 2023. ECF No. 38.  The response was filed on June 13, 2023. ECF No. 41.  Good cause exists for the requested extension since filing by the defendants are subject to multiple levels of review.

{70923124;1}

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 14th day of June, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing* | /s/ Chantel M. Schimming<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-01942-GMN-VCF

6-16-2023
_____
**DATED**