ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01942-GMN-MDC<br><br>**MOTION TO REMOVE ATTORNEY FOR ELECTRONIC SERVICE LIST** |

Defendant Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing, by and through its undersigned attorneys, hereby provides notice that Melanie D. Morgan, Esq. is no longer associated with the law firm of Akerman LLP.

///

///

///

///

///

///

79778951;1

*SFR Investment Pool 1, LLC v. Federal National Mortgage Association et al.,*
*2:22-cv-01942-GMN-MDC*

Akerman LLP continues to serve as counsel for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and Paige L. Magaster, Esq.

DATED this 11th day of February, 2025.

**AKERMAN LLP**

/s/ Paige L. Magaster
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144

*Attorneys for Federal National Mortgage Association and Newrez LLC dba Shellpoint Mortgage Servicing*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 2-18-25

2

79778951;1