# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SFR INVESTMENT POOL 1, LLC.,

              Plaintiff,

  vs.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION., *et al.*

            Defendants.

Case No.: 2:22-cv-01942-GMN-MDC

**ORDER**

Pending before the Court is the Joint Status Report, (ECF No. 62), filed by the parties. In its Order Granting, In Part, Motion to Dismiss, (ECF No. 48), the Court dismissed all claims in this action with prejudice except for Plaintiff's claim under NRS 107.200 against Defendant Newrez LLC dba Shellpoint Mortgage Servicing. (Order 1:19–21, ECF No. 48).  Plaintiff SFR Investment Pool 1, LLC thereafter voluntarily dismissed this last claim in its Notice of Voluntary Dismissal, (ECF No. 50).  In their Joint Status Report, the parties agree that this case can be closed. (Joint Status Report 2:1, ECF No. 62).

Accordingly,

**IT IS HEREBY ORDERED** that all remaining claims in this case be **DISMISSED** with prejudice.

The Clerk of Court is kindly directed to close this case.

**DATED** this __10__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court